## WOODRUFF, *libellant, vs.* WOODRUFF.

THIS was a libel filed by the wife for divorce from bed and board on the ground of cruelty in the husband. A record of his conviction for an assault and battery upon the wife, was offered in evidence — but it appearing that there was a trial in the case, and that *the wife was a witness,* the record was not admitted.